**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michele L. Mitchell | Social Security number or ITIN  xxx–xx–3511 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–17186–JNP | |

# Order of Discharge                                                                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michele L. Mitchell
aka Michele Thompson


7/14/17                                                                                  **By the court:**   Jerrold N. Poslusny Jr.
                                                                                                                            United States Bankruptcy Judge


**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-17186-JNP
Michele L. Mitchell                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 2              Date Rcvd: Jul 14, 2017
                              Form ID: 318              Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2017.
```
db              Michele L. Mitchell,    2121 N Missouri Ave,    Atlantic City, NJ  08401-1461
516757457       ASHRO,    3650 Milwaukee St,    Madison, WI  53714-2304
516757453       Allied Interstate, LLC,    Attn: SYNCB/HH Gregg,    PO Box 361445,    Columbus, OH  43236-1445
516757454       Alltran Financial,    PO Box 610,    Sauk Rapids, MN  56379-0610
516757455       Alltran Financial, LP,    Attn: Kohls/CapitalOne,    PO Box 610,    Sauk Rapids, MN  56379-0610
516757460      +AtlantiCare Behavioral Health,    2511 Fire Rd. B-10,    Egg Harbor Twp., NJ 08234-5655
516757458      +Atlantic Emergency Assoc,    POB 15356,    Newark, NJ 07192-5356
516757459      +Atlantic Radiologists,    POB 1262,    Indianapolis, IN 46206-1262
516757461      +Atlanticare Regional Medical Center,    POB 786361,    Philadelphia, PA 19178-6361
516757462       Atlanticare Regional Medical Center,    PO Box 2330,    Southgate, MI  48195-4330
516757467       Chase Auto Finance,    POB 901706,    Fort Worth, TX  76101
516757473       Credit Control LLC,    Attn: Bluestem/JH Portfolio,    PO Box 546,    Hazelwood, MO  63042-0546
516757475       Defenders Inc / ADT,    3750 Priority Way South Dr,    Indianapolis, IN  46240-3831
516757476       Fed Loan Serv,    POB 60610,    Harrisburg, PA  17106-0610
516757480       Jacques Farber,    1708 Walnut St,    Philadelphia, PA  19103-6101
516757483       Merchants Credit Guide Co,    Attn: Midnight Velvet,    223 W Jackson Blvd # 700,
                 Chicago, IL  60606-6914
516757484      +Midnight Velvet,    1112 7th Avenue,    Monroe, WI 53566-1364
516757485       Monroe and Main,    1112 7th Ave,    Monroe, WI  53566-1364
516757486       North Shore Agency,    Attn: Publishers Clearing House,    PO Box 9205,
                 Old Bethpage, NY  11804-9005
516851443       Patient Financial Services,    For Atlantic Emergency Associates,
                 30 Washington Avenue, Suite C-6,    Haddonfield, NJ  08033-3341
516757487       Penn Credit Corp,    Attn: Ashro,    PO Box 988,    Harrisburg, PA  17108-0988
516757488       PennCredit,    PO Box 988,    Harrisburg, PA  17108-0988
516757491       Professional Bureau Of Collections Of MD,    Attn: Comenity/Ashley Stewart,    PO Box 4157,
                 Greenwood Village, CO  80155-4157
516757493       Rickart Collection Systems, Inc.,    Attn: Atlantic Radiologists,    PO Box 7242,
                 North Brunswick, NJ  08902-7242
516757495       SPS,    10401 Deerwood Park Blvd,    Jacksonville, FL  32256-5007
516757494      +Seventh Avenue,    1112 7th Ave.,    Monroe, WI 53566-1364
516757496      +Stoneberry,    POB 2820,    Monroe, WI 53566-8020
516757500       Synchrony Bank,    Attn: Midland Credit Management,    2365 Northside Dr Ste 300,
                 San Diego, CA  92108-2709
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 14 2017 23:34:51      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 14 2017 23:34:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516757456       EDI: ARSN.COM Jul 14 2017 23:13:00      ARS national Services, Inc.,   PO Box 469046,
                 Escondido, CA  92046-9046
516757452       EDI: ALLIANCEONE.COM Jul 14 2017 23:13:00      Alliance One,   4850 E Street Rd Ste 300,
                 Trevose, PA  19053-6643
516757463       EDI: BANKAMER.COM Jul 14 2017 23:13:00      Bank Of America,   PO Box 15019,
                 Wilmington, DE  19886-5019
516757464       E-mail/Text: kzoepfel@credit-control.com Jul 14 2017 23:34:53      Bluestem,
                 c/o Credit Control LLC,    5757 Phantom Dr Ste 330,    Hazelwood, MO  63042-2429
516757465       E-mail/Text: bankruptcy@cavps.com Jul 14 2017 23:35:09      Calvary Portfolio Service,
                 Attn: SYNCB/HH Gregg,    PO Box 27288,    Tempe, AZ  85285-7288
516757466       EDI: CAPITALONE.COM Jul 14 2017 23:13:00      Capital One Bank (USA) NA,   PO Box 71083,
                 Charlotte, NC  28272-1083
516757468       E-mail/Text: compliance@chaserec.com Jul 14 2017 23:35:52      Chase Receivables,
                 Attn: Seventh Avenue,    1247 Broadway,    Sonoma, CA  95476-7503
516757469       EDI: WFNNB.COM Jul 14 2017 23:13:00      Comenity Bank/Ashstwrt,   PO Box 182789,
                 Columbus, OH  43218-2789
516757470      +EDI: WFNNB.COM Jul 14 2017 23:13:00      Comenity Bank/Brylane Home,   PO Box 182789,
                 Columbus, OH 43218-2789
516757471      +EDI: WFNNB.COM Jul 14 2017 23:13:00      Comenity Bank/LNBRYANT,   PO Box 182789,
                 Columbus, OH 43218-2789
516757472       EDI: CONVERGENT.COM Jul 14 2017 23:14:00      Convergent Outsourcing INc,   Attn: Stoneberry,
                 PO Box 9004,    Renton, WA  98057-9004
516757474       E-mail/Text: kzoepfel@credit-control.com Jul 14 2017 23:34:53      Credit Control LLC,
                 Attn: Comenity/Ashley Stewart,    5757 Phantom Dr Ste 330,    Hazelwood, MO  63042-2429
516757477       EDI: BLUESTEM Jul 14 2017 23:13:00      Fingerhut/Webbank,   6250 Ridgewood Rd,
                 Saint Cloud, MN  56303-0820
516757478       E-mail/Text: fggbanko@fgny.com Jul 14 2017 23:34:07      Forster Garbus & Garbus,
                 Attn: Portfolio Recovery/Comenity,    7 Banta Pl,    Hackensack, NJ  07601-5604
516757479      +E-mail/Text: jmoreno@hillcrestdavidson.com Jul 14 2017 23:34:33      Hillcrest Davidson,
                 715 N Glenville Dr Ste 4,    Richardson, TX 75081-2898
516757481       E-mail/Text: kzoepfel@credit-control.com Jul 14 2017 23:34:53
                 JH Portfolio Debt Equities LLC,    c/o Credit Control LLC,    5757 Phantom Dr Ste 330,
                 Hazelwood, MO  63042-2429
```

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Jul 14, 2017
                              Form ID: 318             Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516757482         EDI: CBSKOHLS.COM Jul 14 2017 23:13:00      Kohls-Capital One,   PO Box 3115,
                   Milwaukee, WI 53201-3115
516757490         EDI: PRA.COM Jul 14 2017 23:13:00      Portfolio Recovery Assoc.,
                   Attn: Comenity/Ashley Stewart,   PO Box 12914,   Norfolk, VA 23541-0914
516757489         EDI: PRA.COM Jul 14 2017 23:13:00      Portfolio Recovery Assoc.,   Attn: Comenity/Brylane Home,
                   PO Box 12914,   Norfolk, VA 23541-0914
516757492         E-mail/Text: bankruptcynotices@pch.com Jul 14 2017 23:34:32      Publishers Clearing House,
                   101 Channel Dr,   Port Washington, NY 11050-2218
516757497         EDI: RMSC.COM Jul 14 2017 23:13:00      SYNCB/HH Gregg,   PO Box 960061,
                   Orlando, FL 32896-0061
516757498         EDI: RMSC.COM Jul 14 2017 23:13:00      SYNCB/JC Penney,   POB 965007,   Orlando, FL 32896-5007
516757499         EDI: RMSC.COM Jul 14 2017 23:13:00      SYNCB/Walmart,   PO Box 965024,
                   Orlando, FL 32896-5024
516758863        +EDI: RMSC.COM Jul 14 2017 23:13:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                   PO Box 41021,   Norfolk, VA 23541-1021
516757501         EDI: TDBANKNORTH.COM Jul 14 2017 23:13:00      TD Bank,   PO Box 5400,
                   Lewiston, ME 04243-5400
                                                                                                TOTAL: 27

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2017                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2017 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com;
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              Michael E. Blaine    on behalf of Creditor    TD Bank, N.A. mblaine@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com
              Scott M. Zauber    on behalf of Debtor Michele L. Mitchell szauber@subranni.com,
               ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.co
               m;hinnaurato@subranni.com
              Thomas J Subranni    on behalf of Debtor Michele L. Mitchell jwiesner@subranni.com,
               ecorma@subranni.com;jwiesner@subranni.com;hinnaurato@subranni.com;G21182@notify.cincompass.com;sz
               auber@subranni.com;cwild@subranni.com;ecf@subranni.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 7
```